IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br>  vs.<br>SABASTIAN BLUEHORSE COOK,<br>       Defendant. | 8:12CR57<br><br>ORDER |

    Defendant Sabastian Bluehorse Cook (Cook) appeared before the court on December 3, 2014, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 49).  Cook was represented by Assistant Federal Public Defender Michael J. Hansen and the United States was represented by Assistant U.S. Attorneys Douglas R. Semisch and Thomas J. O'Neill.  Through his counsel, Cook waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1).  I find that the Petition alleges probable cause and that Cook should be held to answer for a final dispositional hearing before Senior Judge Joseph F. Bataillon.

    The government moved for detention.  At the time of the hearing, Cook was in the custody of Nebraska state authorities.  The motion was held in abeyance pending Cook coming into federal custody.  Cook waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state authorities pending his dispositional hearing in these proceedings.

    **IT IS ORDERED**:

    A final dispositional hearing will be held before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m. on January 23, 2015.**  Defendant must be present in person.

    DATED this 3rd day of December, 2014.

                                                        BY THE COURT:

                                                        s/ Thomas D. Thalken
                                                     United States Magistrate Judge